No. 11–1486. ALDEN LEEDS, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 11–1528. NORTHROP CORPORATION EMPLOYEE INSURANCE BENEFIT PLANS MASTER TRUST v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 11–10835. COOKE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–148. HITACHI HOME ELECTRONICS (AMERICA), INC. v. UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 12–266. WESTERN RADIO SERVICES CO. v. QWEST CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–313. CITIGROUP GLOBAL MARKETS INC., DBA SMITH BARNEY v. STONEMOR OPERATING LLC ET AL. Ct. App. Ind. Certiorari denied.

No. 12–393. MARTINEZ v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 12–396. BROWN v. NABOURS ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–406. FLORIMONTE v. BOROUGH OF DALTON, PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 12–516. EMBODY v. WARD. C. A. 6th Cir. Certiorari denied.

No. 12–520. VEY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 12–533. GALLION v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–534. ROSGA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5216. HOLLAND v. HOLT, WARDEN. C. A. 3d Cir. Certiorari denied.